UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:13-CR-00316-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| LUIS MELITO ARELLANO ) | |
| ) | |

This matter is before the court on the government's motion for the reassignment of the above-captioned case from the undersigned to Chief Judge James C. Dever III. For good cause shown, the motion is ALLOWED, and the Clerk to DIRECTED to reassign this case to Chief Judge Dever.

This 20 November 2013.

_____
W. Earl Britt
Senior U.S. District Judge