# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:13-CR-316-D |
| LUIS MELITO ARELLANO | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 01/13/2014

*Luis Arellano*
*Defendant's signature*

*Signature of defendant's attorney*

Byron C. Dunning
*Printed name of defendant's attorney*

*Judge's signature*

James C. Dever, III, Chief, U.S. District Judge
*Judge's printed name and title*